1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY (SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG
   HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER
7

8                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
9

10 KATHLEEN BALL,                                 )   Case No. 2:04-cv-0970-MCE-JFM
                                                  )
11          Plaintiff,                            )
                                                  )
12   v.                                           )   **STIPULATION REGARDING**
                                                  )   **PRETRIAL (STATUS) SCHEDULING**
13 LOS RIOS COMMUNITY COLLEGE                     )   **ORDER; ORDER**
   DISTRICT, Educational subdivision of           )
14 Sacramento; EUNYOUNG HWANG, both               )
   individually and in her capacity as acting Head)
15 of the Art Department of the Los Rios          )
   Community College District; MARISSA            )
16 SAYAGO, both individually and in her           )
   capacity as Alternate Head of the Art          )
17 Department of the Los Rios Community           )
   College District; RICHARD BOOTH, both          )
18 individually and in his capacity as            )
   Dean of Instruction of the Los Rios Community  )
19 College District; BRUCE WERNER, both           )
   individually and in his capacity as Vice       )
20 President of the Folsom Lake/El Dorado and     )
   Rancho Cordova Centers of the Los Rios         )
21 Community College District, and DOES 1 to      )
   1000, inclusive;                               )
22                                                )
            Defendants.                           )
23 _____ )

24          IT IS STIPULATED by and between all parties, through their respective counsel, and with

25 the Court's permission, that the dates set forth in the Status (Pre-Trial Scheduling) Order be changed

26 as follows:

27          **Dispositive Motion Cut-off filing date:**     **December 1, 2006**;

28          **Expert Witness Disclosure:**                  **October 1, 2006;** and

                                                  1

| | | |
|---|---|---|
| 1 | **Discovery Cut-Off:** | October 1, 2006 |

2   All other dates in the Order shall remain, including the Trial and Pre-Trial Conference. The
3 parties submit that good cause exists to extend the dates as set forth below on the following grounds:
4 two motions to dismiss were filed (which were granted in part and denied in part), delaying the
5 pleading stage; the parties agreed to forego discovery until the pleadings were finalized to avoid
6 unnecessary time and expense; the parties are continuing to discuss the possibility of mediation
7 before substantial discovery is completed; the parties and witnesses have been unavailable at various
8 times throughout the litigation; and the issues remaining in this action are numerous and complex.

9   IT IS FURTHER STIPULATED that the discovery procedures set forth in Federal Rules of
10 Civil Procedure 26, 30, and 33 shall be modified as follows:

11   1.   All disclosures, including, but not limited to, initial disclosures as set forth in Rule
12        26(a), shall be waived;
13   2.   All limits associated with depositions, including the time limit for depositions and
14        the limit on the number of depositions, shall be waived;
15   3.   The limit set forth in Rule 33 with respect to interrogatories shall be waived;
16   4.   The parties expressly reserve all rights to object on any grounds to written discovery
17        including, but not limited to, onerous and/or improperly burdensome interrogatories;
18        and
19   5.   All deposition dates will be coordinated with counsel.

21 **IT IS SO STIPULATED.**

23 DATED: 5/26/06                     JOHNSON SCHACHTER & LEWIS
                                     A Professional Law Corporation

26                                    /s/ Kellie M. Murphy
                                     KELLIE M. MURPHY
27                                   Attorneys for Defendants

28           **(SIGNATURES CONTINUED ON FOLLOWING PAGE)**

1  DATED: 5/26/06                    LAW OFFICES OF FRANK J. DEBENEDETTO
2
3
4                                     /s/ Frank J. DeBenedetto
                                      FRANK J. DEBENEDETTO
5                                     Attorneys for Plaintiff
6
7  **IT IS SO ORDERED.**
8
9  DATED: June 6, 2006
10
11
12                                    _____
                                      MORRISON C. ENGLAND, JR
13                                    UNITED STATES DISTRICT JUDGE

3