1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY (SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG
   HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER
7

8              IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 KATHLEEN BALL,                          )   Case No. CIV.S-04-0970 MCE JFM
                                           )
11     Plaintiff,                          )
                                           )
12 v.                                      )   **STIPULATION AND ORDER**
                                           )   **REGARDING EXPERT WITNESS**
13 LOS RIOS COMMUNITY COLLEGE              )   **DISCLOSURE**
   DISTRICT, Educational subdivision of    )
14 Sacramento; EUNYOUNG HWANG, both        )
   individually and in her capacity as acting Head )
15 of the Art Department of the Los Rios   )
   Community College District; MARISSA     )
16 SAYAGO, both individually and in her    )
   capacity as Alternate Head of the Art   )
17 Department of the Los Rios Community    )
   College District; RICHARD BOOTH, both   )
18 individually and in his capacity as     )
   Dean of Instruction of the Los Rios Community )
19 College District; BRUCE WERNER, both    )
   individually and in his capacity as Vice )
20 President of the Folsom Lake/El Dorado and )
   Rancho Cordova Centers of the Los Rios  )
21 Community College District, and DOES 1 to )
   1000, inclusive;                        )
22                                         )
       Defendants.                         )
23 _____ )

24       IT IS STIPULATED by and between all parties, through their respective counsel, and with

25 the Court's permission, that the date for expert witness disclosure pursuant to Federal Rules of Civil

26 Procedure, Rule 26(a)(2) be extended to **November 16, 2006** (90 days before trial as required under

27 Federal Rules of Civil Procedure, Rule 26(a)(2)(C)).

28

---

1

**STIPULATION AND ORDER REGARDING EXPERT WITNESS DISCLOSURE**

1  All other dates set forth in the Pretrial (Status) Scheduling Order, as modified by the parties' earlier Stipulation Regarding Pretrial (Status) Scheduling Order shall remain, including the Trial and Pre-Trial Conference. The parties submit that good cause exists to extend the date as set forth above on the following grounds: the parties are continuing to discuss the possibility of mediation prior to incurring the substantial expense associated with expert witnesses; the parties and witnesses have been unavailable at various times throughout the litigation; and the issues remaining in this action are numerous and complex.

**IT IS SO STIPULATED.**

DATED: September 28, 2006            JOHNSON SCHACHTER & LEWIS
                                     A Professional Law Corporation


                                      /s/ Kellie M. Murphy
                                     KELLIE M. MURPHY
                                     Attorneys for Defendants


DATED: September 28, 2006            LAW OFFICES OF FRANK J. DEBENEDETTO


                                      /s/ Frank J. DeBenedetto
                                     FRANK J. DEBENEDETTO
                                     Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: September 29, 2006

                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND ORDER REGARDING EXPERT WITNESS DISCLOSURE**