1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY (SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG
   HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER
7

8  **IN THE UNITED STATES DISTRICT COURT
   IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10 KATHLEEN BALL,                              )   Case No. CIV.S-04-0970 MCE JFM
                                               )
11       Plaintiff,                            )
                                               )
12 v.                                          )   **STIPULATION AND ORDER
                                               )   REGARDING DEPOSITION OF
13 LOS RIOS COMMUNITY COLLEGE                  )   PLAINTIFF [Fed.R.Civ.Pro. 29]**
   DISTRICT, Educational subdivision of        )
14 Sacramento; EUNYOUNG HWANG, both            )
   individually and in her capacity as acting Head )
15 of the Art Department of the Los Rios       )
   Community College District; MARISSA         )
16 SAYAGO, both individually and in her        )
   capacity as Alternate Head of the Art       )
17 Department of the Los Rios Community        )
   College District; RICHARD BOOTH, both       )
18 individually and in his capacity as         )
   Dean of Instruction of the Los Rios Community )
19 College District; BRUCE WERNER, both        )
   individually and in his capacity as Vice    )
20 President of the Folsom Lake/El Dorado and  )
   Rancho Cordova Centers of the Los Rios      )
21 Community College District, and DOES 1 to   )
   1000, inclusive;                            )
22                                             )
         Defendants.                           )
23 _____ )

24       IT IS STIPULATED by and between all parties, through their respective counsel, that the

25 continued deposition of Plaintiff Kathleen Ball will take place on the following dates and times, at

26 the following place:

27       DATE:    **October 31, 2006**
         TIME:    10:00 A.M.
28

---

1

**STIPULATION AND ORDER REGARDING PLAINTIFF'S DEPOSITION [Fed.R.Civ.Pro. 29]**

| | | |
|---|---|---|
| 1 | DATE: | **November 10, 2006** |
| | TIME: | 9:00 A.M. |
| 2 | | |
| 3 | PLACE: | Johnson Schachter & Lewis |
| | | A Professional Corporation |
| 4 | | 2180 Harvard Street, Suite 560 |
| | | Sacramento, California  95815 |
| 5 | | |

If the deposition is not completed on the dates set forth above, the parties will schedule additional dates for the completion of the deposition.

This stipulation is made pursuant to Federal Rules of Civil Procedure, Rule 29.

**IT IS SO STIPULATED.**


DATED: October 6, 2006                    JOHNSON SCHACHTER & LEWIS
                                          A Professional Law Corporation



                                           /s/ Kellie M. Murphy
                                          KELLIE M. MURPHY
                                          Attorneys for Defendants


DATED:                                    LAW OFFICES OF FRANK J. DEBENEDETTO



                                           /s/ Frank J. DeBenedetto
                                          FRANK J. DEBENEDETTO
                                          Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: October 11, 2006



                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE


2
**STIPULATION AND ORDER REGARDING PLAINTIFF'S DEPOSITION [Fed.R.Civ.Pro. 29]**