1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY (SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG
   HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER
7

8  **IN THE UNITED STATES DISTRICT COURT
   IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10 KATHLEEN BALL,                              )   Case No. 2:04-cv-0970 MCE JFM
                                               )
11       Plaintiff,                            )
                                               )
12 v.                                          )   **STIPULATION REGARDING TRIAL
                                               )   & PRETRIAL DATES**
13 LOS RIOS COMMUNITY COLLEGE                  )
   DISTRICT, Educational subdivision of        )
14 Sacramento; EUNYOUNG HWANG, both            )
   individually and in her capacity as acting Head )
15 of the Art Department of the Los Rios       )
   Community College District; MARISSA         )
16 SAYAGO, both individually and in her        )
   capacity as Alternate Head of the Art       )
17 Department of the Los Rios Community        )
   College District; RICHARD BOOTH, both       )
18 individually and in his capacity as         )
   Dean of Instruction of the Los Rios Community )
19 College District; BRUCE WERNER, both        )
   individually and in his capacity as Vice    )
20 President of the Folsom Lake/El Dorado and  )
   Rancho Cordova Centers of the Los Rios      )
21 Community College District, and DOES 1 to   )
   1000, inclusive;                            )
22                                             )
         Defendants.                           )
23 _____        )

24       IT IS STIPULATED by and between all parties, through their respective counsel, and with

25 the Court's permission, that the dates set forth in the Status (Pre-Trial Scheduling) Order (and related

26 dates pursuant to Local Rules) be changed as follows:

27       Last Day to File Pretrial Statement: 4/30/07

28       Final Pretrial Conference: 5/14/07

Trial:  6/25/07

The parties submit that good cause exists to extend the dates as set forth below on the following grounds:

Defendants have filed a motion for summary judgment or, alternatively, partial summary judgment, which was submitted for oral argument on December 11, 2006. To date, there has been no ruling on that motion. If the motion is granted in full, the matter will be dismissed. If the motion is granted in part, the issues to be addressed in the PreTrial Statement will be narrowed. By this stipulation and continuance of these dates, the parties hope to avoid the unnecessary expenditure of time and money and judicial resources in preparing the PreTrial Statement by the current due date, December 22, 2006.

**IT IS SO STIPULATED.**

DATED:      January 4, 2007          JOHNSON SCHACHTER & LEWIS
                                     A Professional Law Corporation


                                      /s/ Kellie M. Murphy
                                     KELLIE M. MURPHY
                                     Attorneys for Defendants


DATED:      January 4, 2007          LAW OFFICES OF FRANK J. DEBENEDETTO


                                      /s/ Frank J. DeBenedetto
                                     FRANK J. DEBENEDETTO
                                     Attorneys for Plaintiff

1 **IT IS SO ORDERED.**

2 The dates proposed by the parties are not available for the Court. The Court sets the following dates:

3 Last Day to File Pretrial Statement:    4/23/07

4 Final Pretrial Conference:    5/07/07 at 1:30 p.m.

5 Trial:    6/27/07 at 09:00 a.m.

6

7 DATED: January 4, 2007

8

9

10 _____
   MORRISON C. ENGLAND, JR.
11 UNITED STATES DISTRICT JUDGE