1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY (SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG
   HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER
7

8  **IN THE UNITED STATES DISTRICT COURT
   IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  KATHLEEN BALL, | Case No. 2:04-cv-00970-MCE-JFM |
| 11       Plaintiff, | |
| 12  v. | **STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES** |
| 13  LOS RIOS COMMUNITY COLLEGE DISTRICT, Educational subdivision of | |
| 14  Sacramento; EUNYOUNG HWANG, both individually and in her capacity as acting Head | |
| 15  of the Art Department of the Los Rios Community College District; MARISSA | |
| 16  SAYAGO, both individually and in her capacity as Alternate Head of the Art | |
| 17  Department of the Los Rios Community College District; RICHARD BOOTH, both | |
| 18  individually and in his capacity as Dean of Instruction of the Los Rios Community | |
| 19  College District; BRUCE WERNER, both individually and in his capacity as Vice | |
| 20  President of the Folsom Lake/El Dorado and Rancho Cordova Centers of the Los Rios | |
| 21  Community College District, and DOES 1 to 1000, inclusive; | |
| 22 | |
| 23       Defendants. | |

24      IT IS STIPULATED by and between all parties, through their respective counsel, and with

25  the Court's permission, that good cause exists for the trial and pretrial dates in this matter to be

26  continued for a period of six months on the following grounds:

27      Defendants motion for summary judgment was recently granted in part and denied

28      in part, leaving one remaining cause of action for failure to accommodate.

1
**STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES**

Defendants have filed a motion for reconsideration with respect to that cause of action. The hearing on the motion for reconsideration was originally set for April 30, 2007, but was continued on the Court's own motion to May 4, 2007. If the motion is granted, the matter will be dismissed. In the event the motion is denied, the parties have agreed to explore mediation regarding the remaining issues in this matter and anticipate needing at least six months to select a mediator, schedule a date for mediation, and participate in mediation. If the matter cannot be resolved at mediation, the parties will proceed with preparation for trial on the remaining issues. By this stipulation and continuance of these dates, the parties hope to avoid the unnecessary expenditure of time and money and judicial resources in preparing the PreTrial Statement and participating in the PreTrial Conference without exhausting all potential for settlement of the remaining issues, if any, following the Court's ruling on the pending motion for reconsideration.

**IT IS SO STIPULATED.**

DATED:   April 30, 2007            JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation


                                    /s/ Kellie M. Murphy
                                   KELLIE M. MURPHY
                                   Attorneys for Defendants


DATED:   April 30, 2007            LAW OFFICES OF FRANK J. DEBENEDETTO


                                    /s/ Frank J. DeBenedetto
                                   FRANK J. DEBENEDETTO
                                   Attorneys for Plaintiff

**ORDER**

The Court sets the following trial and pretrial dates in this matter:

Last Day to File Pretrial Statement:   November 30, 2007

Final Pretrial Conference:   December 14, 2007, at 2:30 p.m.

Trial:   January 14, 2008, at 9:00 a.m.

**IT IS SO ORDERED**

Dated: May 4, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES**