ALESA SCHACHTER (SBN 102542)
KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BALL,<br><br>      Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, Educational subdivision of Sacramento; EUNYOUNG HWANG, both individually and in her capacity as acting Head of the Art Department of the Los Rios Community College District; MARISSA SAYAGO, both individually and in her capacity as Alternate Head of the Art Department of the Los Rios Community College District; RICHARD BOOTH, both individually and in his capacity as Dean of Instruction of the Los Rios Community College District; BRUCE WERNER, both individually and in his capacity as Vice President of the Folsom Lake/El Dorado and Rancho Cordova Centers of the Los Rios Community College District, and DOES 1 to 1000, inclusive;<br><br>      Defendants. | Case No. 2:04-cv-00970-MCE-JFM<br><br>**STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES** |

IT IS STIPULATED by and between all parties, through their respective counsel, and with the Court's permission, that good cause exists for the trial and pretrial dates in this matter to be continued on the following grounds:

The parties have agreed to mediate this matter and anticipate needing several months to select a mediator, schedule a date for mediation, and participate in mediation.

---

1

**STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES**

1  If the matter cannot be resolved at mediation, the parties will proceed with preparation for trial on
2  the remaining issues.  By this stipulation and continuance of these dates, the parties hope to avoid
3  the unnecessary expenditure of time and money and judicial resources in preparing the PreTrial
4  Statement and participating in the PreTrial Conference without exhausting all potential for
5  settlement.
6  The parties propose the following dates:
7      Last Day to File Pretrial Statement:   April 11, 2008
8      Final Pretrial Conference:   May 2, 2008 at 9:00 a.m.
9      Trial:   June 16, 2008 at 9:00 a.m.

14  **IT IS SO STIPULATED.**

16  DATED:   December 4, 2007    JOHNSON SCHACHTER & LEWIS
                                 A Professional Law Corporation

18                                                /s/ Kellie M. Murphy
                                 KELLIE M. MURPHY
19                               Attorneys for Defendants

21  DATED:   December 4, 2007    LAW OFFICES OF FRANK J. DEBENEDETTO

23                                                /s/ Frank J. DeBenedetto
                                 FRANK J. DEBENEDETTO
                                 Attorneys for Plaintiff

**ORDER**

The December 14, 2007 Final Pretrial Conference is vacated and reset on May 2, 2008 at 9:00 a.m. in Courtroom 3. The Joint Final Pretrial Statement is due not later than April 11, 2008. The January 14, 2008 jury trial is vacated and reset on June 16, 2008 at 9:00 a.m. in Courtroom 3.

**IT IS SO ORDERED.**

Dated: December 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE