1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY(SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendants LOS RIOS COMMUNITY COLLEGE DISTRICT, EUNYOUNG
   HWANG, MARISSA SAYAGO, RICHARD BOOTH, and BRUCE WERNER
7

8  **IN THE UNITED STATES DISTRICT COURT
   IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10 KATHLEEN BALL,                                 )   Case No. 2:04-cv-00970-MCE-JFM
                                                  )
11      Plaintiff,                                )
                                                  )
12 v.                                             )   **STIPULATION AND ORDER
                                                  )   REGARDING TRIAL & PRETRIAL
13 LOS RIOS COMMUNITY COLLEGE                     )   DATES**
   DISTRICT, Educational subdivision of           )
14 Sacramento; EUNYOUNG HWANG, both               )
   individually and in her capacity as acting Head)
15 of the Art Department of the Los Rios          )
   Community College District; MARISSA            )
16 SAYAGO, both individually and in her           )
   capacity as Alternate Head of the Art          )
17 Department of the Los Rios Community           )
   College District; RICHARD BOOTH, both          )
18 individually and in his capacity as            )
   Dean of Instruction of the Los Rios Community )
19 College District; BRUCE WERNER, both           )
   individually and in his capacity as Vice       )
20 President of the Folsom Lake/El Dorado and     )
   Rancho Cordova Centers of the Los Rios         )
21 Community College District, and DOES 1 to      )
   1000, inclusive;                               )
22                                                )
        Defendants.                               )
23 _____)

24      IT IS STIPULATED by and between all parties, through their respective counsel, and with

25 the Court's permission, that good cause exists for the trial and pretrial dates in this matter to be

26 continued on the following grounds:

27 ///

28 ///

---

1

**STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES**

1   The parties have agreed to mediate this matter and are currently working to schedule a
2   mediation at the end of April, which is the mediator's first availability.to select a mediator, schedule
3   a date for mediation, and participate in mediation. If the matter cannot be resolved at mediation, the
4   parties will proceed with preparation for trial on the remaining issues. By this stipulation and
5   continuance of these dates, the parties hope to avoid the unnecessary expenditure of time and money
6   and judicial resources in preparing the PreTrial Statement and participating in the PreTrial
7   Conference without exhausting all potential for settlement.
8   The parties propose the following dates:
9       Last Day to File Pretrial Statement:   July 18, 2008
10      Final Pretrial Conference:   August 8, 2008 at 9:00 a.m.
11      Trial:   September 22 , 2008 at 9:00 a.m.
12
13  **IT IS SO STIPULATED.**
14
15  DATED:   January 23, 2008   JOHNSON SCHACHTER & LEWIS
                                 A Professional Law Corporation
16
17                               /s/ Kellie M. Murphy
                                 KELLIE M. MURPHY
18                               Attorneys for Defendants
19
20  DATED:   January 23, 2008   LAW OFFICES OF FRANK J. DEBENEDETTO
21
                                 /s/ Frank J. DeBenedetto
22                               FRANK J. DEBENEDETTO
                                 Attorneys for Plaintiff
23
24
25
26
27
28

1                                      **ORDER**

2         The Court sets the following trial and pretrial dates in this matter:

3         Last Day to File Pretrial Statement:   July 18, 2008

4         Final Pretrial Conference:           August 8, 2008 at 9:00 a.m. in Courtroom 3.

5         Trial:                                   September 22 , 2008 at 9:00 a.m. in Courtroom 3.

6

7 **IT IS SO ORDERED.**

8  Dated:  January 30, 2008

9

10                                        MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
**STIPULATION AND ORDER REGARDING TRIAL & PRETRIAL DATES**