1  ALESA SCHACHTER (SBN 102542)
   KELLIE M. MURPHY (SBN 189500)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendant, LOS RIOS COMMUNITY COLLEGE DISTRICT

7

8              IN THE UNITED STATES DISTRICT COURT

9            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 KATHLEEN BALL,                              )  Case No. 2:04-cv-00970-MCE-PAN
                                               )
12      Plaintiff                              )
                                               )
13 v.                                          )  **STIPULATION AND ORDER TO**
                                               )  **SELECT REFERRAL OF ACTION**
14 LOS RIOS COMMUNITY COLLEGE                  )  **TO VOLUNTARY DISPUTE**
   DISTRICT, Educational subdivision of        )  **RESOLUTION PROGRAM (VDRP)**
15 Sacramento; EUNYOUNG HWANG, both            )  **PURSUANT TO LOCAL RULE 16-271**
   individually and in her capacity as acting Head )
16 of the Art Department of the Los Rios       )
   Community College District; MARISSA         )
17 SAYAGO, both individually and in her        )
   capacity as Alternate Head of the Art       )
18 Department of the Los Rios Community        )
   College District; RICHARD BOOTH, both       )
19 individually and in his capacity as         )
   Dean of Instruction of the Los Rios Community )
20 College District; BRUCE WERNER, both        )
   individually and in his capacity as Vice    )
21 President of the Folsom Lake/El Dorado and  )
   Rancho Cordova Centers of the Los Rios      )
22 Community College District, and DOES 1 to   )
   1000, inclusive;                            )
23                                             )
        Defendants.                            )
24 _____)

25      Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled

26 action to the Voluntary Dispute Resolution Program.

27 ///

28 ///

---

**1**

**STIPULATION AND [PROPOSED] ORDER TO SELECT REFERRAL OF ACTION
TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)**

The parties have conferred and agree on the following Neutrals from the panel of Neutrals:

1. Bruce Kilday;
2. James Kirby; and
3. William Wilson.

Dated: _____  A Professional Law Corporation

\_\_\_\_/s/_____
FRANK J. DeBENEDETTO, ESQ.
Attorney for Plaintiff,
KATHLEEN BALL

Dated: _____  JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

\_\_\_\_/s/_____
KELLIE M. MURPHY, Attorneys for Defendant
LOS RIOS COMMUNITY COLLEGE DISTRICT

### ORDER

Pursuant to the above Stipulation of the parties, this matter is hereby referred to the Voluntary Dispute Resolution Program ("VDRP"), pursuant to Local Rule 16-271(c)(3). The following Neutral is selected: Bruce Kilday.

IT IS SO ORDERED:

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE