KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant, LOS RIOS COMMUNITY COLLEGE DISTRICT

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BALL,<br><br>    Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT, Educational subdivision of Sacramento; EUNYOUNG HWANG, both individually and in her capacity as acting Head of the Art Department of the Los Rios Community College District; MARISSA SAYAGO, both individually and in her capacity as Alternate Head of the Art Department of the Los Rios Community College District; RICHARD BOOTH, both individually and in his capacity as Dean of Instruction of the Los Rios Community College District; BRUCE WERNER, both individually and in his capacity as Vice President of the Folsom Lake/El Dorado and Rancho Cordova Centers of the Los Rios Community College District, and DOES 1 to 1000, inclusive;<br><br>    Defendants. | Case No. CIV.S-04-0970 MCE EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated attorneys of record that the above-captioned action be and hereby is dismissed with

---
1
**STIPULATION OF DISMISSAL AND ORDER**

1  prejudice, pursuant to FRCP 41(a)(1).

3  Date:  July 25, 2008                    JOHNSON SCHACHTER & LEWIS
                                            A Professional Law Corporation

                                            _____/S/_____
                                            KELLIE M. MURPHY, ESQ.
                                            Attorney for Defendant

8  Date:  July 25, 2008                    LAW OFFICES OF FRANK J. DeBENEDETTO

10 /S/
                                            FRANK J. DeBENEDETTO, ESQ.
                                            Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  September 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL AND ORDER**

2